■ RHODA MENIN, Plaintiff, v WILLIAM MENIN, Appellant. In the Matter of SUSAN SCHMIDT, Appellant. In the Matter of FRANCINE HELTON, Appellant. COMMISSIONER OF FINANCE OF THE COUNTY OF WESTCHESTER, Respondent.—Three orders of the Supreme Court, Westchester County (one in each of the above-entitled cases), entered September 26, 1974, affirmed, without costs. Latham and Christ, JJ., vote to affirm on the authority of *Matter of Smiley* (36 NY2d 433), with which they agree. Rabin, Acting P. J., Hopkins and Shapiro, JJ., concur on constraint of *Matter of Smiley (supra)*. [79 Misc 2d 285.]

■ ALBERT MORGAN, Appellant, v MAE EBERHARDT, Respondent. (And a Third-Party Action.)—In a negligence action to recover damages for personal injuries, plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Westchester County, entered September 26, 1974, as granted defendant's cross motion for summary judgment or, in the alternative, for leave to serve an amended answer, to the extent of granting such leave. Order affirmed insofar as appealed from, with $20 costs and disbursements. Although we affirm Special Term's exercise of discretion in permitting service of an amended answer, we do not reach the merits of the allegations contained in the proposed affirmative defenses. Rabin, Acting P. J., Martuscello, Christ, Munder and Shapiro, JJ., concur.

■ LILLIAN MOSKOWITZ et al., Appellants, v SUPERMARKETS GENERAL CORPORATION et al., Respondents.—Order of the Supreme Court, Nassau County, dated April 23, 1973, affirmed, without costs to respondent. No opinion. Respondents' counsel is directed to pay $100 toward appellants' disbursements pursuant to the order of this court dated April 2, 1975. Hopkins, Acting P. J., Martuscello, Latham, Brennan and Munder, JJ., concur.